USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/25/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

In re RESIDENTIAL CAPITAL, LLC,

                      Debtor.

13 Civ. 8317 (PAE)

ORDER

TOM FRANKLIN,

                      Appellant,

-v-

RESIDENTIAL CAPITAL, LLC,

                      Defendant.

------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

       On November 21, 2013, the Court received the *pro se* appellant's application for leave to appeal from a September 4, 2013 Order of Bankruptcy Judge Martin Glen, Dkt. 1, 2, and request to proceed *in forma pauperis*, Dkt. 5. Rule 8009 of the Federal Rule of Bankruptcy Procedure provides that, in the ordinary course, the appellant shall file a brief within 14 days of the docketing of the notice of appeal; the appellee shall file a brief in opposition within 14 days of service of appellant's brief; and the appellant may file a reply brief within 7 days of service of appellant's brief. *See* Fed. R. Bankr. P. 8009(a). The parties are hereby directed to confer and jointly submit, no later than Wednesday, November 27, 2013, a prompt briefing schedule for the Court to consider.

       SO ORDERED.

                                                             Paul A. Engelmayer
                                                             United States District Judge

Dated: November 22, 2013
       New York, New York